DANTE J. BRECCIAROLI *v.* COMMISSIONER OF
ENVIRONMENTAL PROTECTION

The "Application to be Made a Party and to be Heard" by the Connecticut Conservation Association, Inc., in the appeal from the Court of Common Pleas in Hartford County is denied.

*Thomas C. Gerety,* in support of the motion.

*Brian E. O'Neill,* assistant attorney general, and *Robert K. Killian,* attorney general, in opposition.

Submitted December 31, 1974—decided January 7, 1975

ANTHONY MELILLO *v.* EUGENE PATENAUDE ET AL.

The defendants' petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Charles A. Pirro III* and *Donald L. Becker,* in support of the petition.

*Joseph F. Sgueglia, Jr.,* in opposition.

Submitted December 31, 1974—decided January 7, 1975

CAROL C. JOHNSON *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF BRANFORD ET AL.

The plaintiff's motion for a review of the clerk's taxation of costs in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied.

*Carol C. Johnson,* pro se, in support of the motion.

Submitted December 13, 1974—decided January 9, 1975